Mark A. Kriegel, Esq.
Law Office of Mark A. Kriegel, LLC
1479 Pennington Road
Ewing, NJ 08618
(609) 883-5133 Phone
(609) 450-7237 Fax
mkriegel@kriegellaw.com
Counsel for Debtors

Order Filed on September 16, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| In re:<br><br>James Atkins and Sherry Lynn Atkins<br><br>Debtors. | Hon. Michael B. Kaplan, U.S.B.J.<br><br>Case No. 16-14179<br><br>Chapter 13<br><br>Hearing Date: September 13, 2016 @ 9:00 AM |
|---|---|

**ORDER GRANTING MOTION TO DISALLOW CLAIM OF THE GROBER TRUST**

The relief set forth on the following page is **ORDERED.**

**DATED: September 16, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having been brought before the Court by the Debtors, James Atkins and Sherry Lynn Atkins via their attorney, Mark A. Kriegel, Esq. for entry of an Order disallowing claim number 14 filed by the Grobner Trust DTD 7/22/93, Margaret Grobner, Trustee, in the amount of $85,509.68, and the Court having considered the papers submitted and the arguments of counsel, and for good cause shown it is hereby;

ORDERED THAT:

1. The proof of claim filed by the Grobner Trust DTD 7/22/93, Margaret Grobner, Trustee, in the amount of $85,509.68, and identified as Claim Number 14 in the Debtors' Claim Register is hereby disallowed pursuant to Fed.R.Bankr.P. 3007(a).