Mark A. Kriegel, Esq.  
Law Office of Mark A. Kriegel, LLC  
1479 Pennington Road  
Ewing, NJ 08618  
(609) 883-5133 Phone  
(609) 450-7237 Fax  
mkriegel@kriegellaw.com  
Counsel for Debtors

**Order Filed on September 16, 2016**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| In re: <br><br> James Atkins and Sherry Lynn Atkins <br><br> Debtors. | Hon. Michael B. Kaplan, U.S.B.J. <br><br> Case No.  16-14179 <br><br> Chapter 13 <br><br> Hearing Date:  September 13, 2016 @ 9:00 AM |
|---|---|

## ORDER GRANTING MOTION TO DISALLOW CLAIM OF THE GROBER TRUST

The relief set forth on the following page is **ORDERED.**

**DATED: September 16, 2016**

Honorable Michael B. Kaplan  
United States Bankruptcy Judge

THIS MATTER having been brought before the Court by the Debtors, James Atkins and Sherry Lynn Atkins via their attorney, Mark A. Kriegel, Esq. for entry of an Order disallowing claim number 14 filed by the Grobner Trust DTD 7/22/93, Margaret Grobner, Trustee, in the amount of $85,509.68, and the Court having considered the papers submitted and the arguments of counsel, and for good cause shown it is hereby;

ORDERED THAT:

1.  The proof of claim filed by the Grobner Trust DTD 7/22/93, Margaret Grobner, Trustee, in the amount of $85,509.68, and identified as Claim Number 14 in the Debtors' Claim Register is hereby disallowed pursuant to Fed.R.Bankr.P. 3007(a).

United States Bankruptcy Court
District of New Jersey

In re:  
James Atkins  
Sherry Lynn Atkins  
    Debtors

Case No. 16-14179-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 16, 2016  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2016.  
db/jdb        +James Atkins,   Sherry Lynn Atkins,   335 Bunting Ave,   Trenton, NJ 08611-3205

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2016 at the address(es) listed below:

        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
        Albert   Russo    docs@russotrustee.com  
        Dana S Plon    on behalf of Creditor    Brixmor GA Dover Park Plaza LLC dplon@sirlinlaw.com  
        Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Loren L. Speziale    on behalf of Creditor    Santander Bank, N.A. lspeziale@grossmcginley.com, jkacsur@grossmcginley.com  
        Mark   Kriegel    on behalf of Debtor James   Atkins mkriegel@kriegellaw.com  
        Mark   Kriegel    on behalf of Joint Debtor Sherry Lynn Atkins mkriegel@kriegellaw.com  
                                                                                                                          TOTAL: 7