Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−14179−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James Atkins
335 Bunting Ave
Trenton, NJ 08611

Sherry Lynn Atkins
335 Bunting Ave
Trenton, NJ 08611

Social Security No.:
xxx−xx−5724

xxx−xx−3186

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 22, 2016.

On January 12, 2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:       February 28, 2017
Time:       10:00 AM
Location:   Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 13, 2017
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-14179-MBK
James Atkins                                                            Chapter 13
Sherry Lynn Atkins
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jan 13, 2017
                              Form ID: 185             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2017.
```
db/jdb         +James Atkins,    Sherry Lynn Atkins,    335 Bunting Ave,    Trenton, NJ 08611-3205
cr              Santander Bank, N.A.,    Gross McGinley, LLP,    c/o Loren L Speziale,    33 South Seventh Street,
                 PO Box 4060,    Allentown, PA  18105-4060
516041900      +Best Buy,    PO Box 9001007,    Louisville, KY 40290-1007
516105132      +Brixmor GA Dover Park Plaza LLC,    c/o Dana S. Plon, Esquire,    Sirlin Lesser & Benson, P.C.,
                 123 South Broad Street, Suite 2100,    Philadelphia, PA 19109-1042
516041901      +Brixmor Property Group,    One Fayette St.,    Suite 150,    Conshohocken, PA 19428-2081
516041902       Capital One,    PO Box 71107,    Charlotte, NC 28272-1107
516041903       Chase,    PO Box 15153,    Wilmington, DE 19886-5153
516041904       Citi Cards,    PO Box 9001037,    Louisville, KY 40290-1037
516041907      +Edwin Lightig,    3527 Mt. Diablo Blvd.,    #310,    Lafayette, CA 94549-3815
516041908       Fulton Bank,    PO Box 790408,    Saint Louis, MO 63179-0408
516226011      +Krista Freitag,    Att: Allen Matkins Leck Gamble,    515 S Figueroa St 9th Fl,
                 Los Angeles, CA 90071-3301
516569126      +Krista Freitag,    At: Yale K Kim,    865 S Figueroa St,    St 2800,    Los Angeles, CA 90017-2543
516041910      +Margaret Grobner, Trustee,    Grobner Trust,    7114 W. Dove Court,    Milwaukee, WI 53223-2766
516041913      +Overstock,    PO Box 659707,    San Antonio, TX 78265-9707
516041916      +Santander Bank,    1130 Berkshire Blvd,    Floor 3,    Reading, PA 19610-1242
516156043       Santander Bank, N.A.,    c/o Loren L. Speziale, Esquire,    Gross, McGinley, LLP,
                 33 South 7th Street,    PO Box 4060,    Allentown, PA 18105-4060
516041917       Sears Card,    PO Box 78051,    Phoenix, AZ 85062-8051
516041919       TD Bank,    PO Box,    Lewiston, ME 04243
516282943       eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 13 2017 22:50:33      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 13 2017 22:50:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516058404       E-mail/Text: ally@ebn.phinsolutions.com Jan 13 2017 22:50:12      Ally Capital,    PO Box 130424,
                 Roseville, MN 55113-0004
516041899      +E-mail/Text: ally@ebn.phinsolutions.com Jan 13 2017 22:50:12      Ally Financial,
                 200 Renaissance Center,    Detroit, MI 48243-1300
516276271      +E-mail/Text: bnc@bass-associates.com Jan 13 2017 22:50:11      Cavalry SPV I, LLC,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
516061156       E-mail/Text: mrdiscen@discover.com Jan 13 2017 22:50:15      Discover Bank,
                 Discover Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025
516041905       E-mail/Text: mrdiscen@discover.com Jan 13 2017 22:50:15      Discover Card,    PO Box 71084,
                 Charlotte, NC 28272-1084
516041906       E-mail/Text: dplbk@discover.com Jan 13 2017 22:50:40      Discover Personal Loans,    PO Box 6105,
                 Carol Stream, IL 60197-6105
516094954      +E-mail/Text: dplbk@discover.com Jan 13 2017 22:50:41      Discover Personal Loans,    POB 30954,
                 Salt Lake City, UT 84130-0954
516287264       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 13 2017 22:54:37
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516158938       E-mail/Text: camanagement@mtb.com Jan 13 2017 22:50:28      Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840
516041909       E-mail/Text: camanagement@mtb.com Jan 13 2017 22:50:28      M&T Bank,    1 Fountain Plaza,
                 Buffalo, NY 14203-1420
516288274       E-mail/PDF: cbp@onemainfinancial.com Jan 13 2017 22:54:54      ONEMAIN FINANCIAL GROUP,LLC,
                 PO BOX 70912,    CHARLOTTE, NC 28272-0912
516041911       E-mail/PDF: cbp@onemainfinancial.com Jan 13 2017 22:54:47      One Main Financial,
                 PO Box 183172,    Columbus, OH 43218-3172
516290129      +E-mail/PDF: cbp@onemainfinancial.com Jan 13 2017 22:54:54      OneMain Financial Group LLC,
                 605 Munn Rd,    Ft Mill, SC 29715-8421
516207201      +E-mail/PDF: cbp@onemainfinancial.com Jan 13 2017 22:54:36
                 OneMain Financial Group, LLC as servicer for Wells,    6801 Colwell Blvd,
                 Mail Stop: NTSB: 1310,    IRVING, TX 75039-3198
516296755       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 13 2017 22:54:39
                 Portfolio Recovery Associates, LLC,    c/o Best Buy,    POB 41067,    Norfolk VA 23541
516296757       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 13 2017 22:54:50
                 Portfolio Recovery Associates, LLC,    c/o Elan Fulton Bank,    POB 41067,    Norfolk VA 23541
516296750       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 13 2017 22:54:39
                 Portfolio Recovery Associates, LLC,    c/o Sears Premier Card,    POB 41067,    Norfolk VA 23541
516041914      +E-mail/Text: ed@gsladvisory.com Jan 13 2017 22:50:49      Pension Income, LLC,    7777 Center Ave,
                 Suite 375,    Huntington Beach, CA 92647-9134
516118659       E-mail/Text: bnc-quantum@quantum3group.com Jan 13 2017 22:50:30
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
516162969       E-mail/PDF: cbp@onemainfinancial.com Jan 13 2017 22:54:47      SPRINGLEAF FINANCIAL SERVICES,
                 P.O. BOX 3251,    EVANSVILLE, IN 47731-3251
```

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Jan 13, 2017
                              Form ID: 185             Total Noticed: 43

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516041918        E-mail/PDF: cbp@onemainfinancial.com Jan 13 2017 22:54:54      Springleaf Financial,
                 601 NW 2nd St.,    Evansville, IN 47708
516158202       +E-mail/Text: n.miller@santander.us Jan 13 2017 22:50:52      Santander Bank,   601 Penn St,
                 Reading, PA 19601-3544
                                                                                              TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Brixmor GA Dover Park Plaza LLC,    c/o Dana S. Plon, Esquire,    Sirlin Lesser & Benson, P.C.,
                 123 South Broad Street, Suite 2100,    Philadelphia, PA 19109-1042
516041912*       One Main Financial,    PO Box 183172,    Columbus, OH 43218-3172
516041915*      +Pension Income, LLC,    7777 Center Ave,    Suite 375,   Huntington Beach, CA 92647-9134
516395032*      +Santander Bank,    601 Penn St,   Reading, PA 19601-3544
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2017 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Dana S Plon    on behalf of Creditor    Brixmor GA Dover Park Plaza LLC dplon@sirlinlaw.com
          Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Loren L. Speziale    on behalf of Creditor    Santander Bank, N.A. lspeziale@grossmcginley.com,
           jkacsur@grossmcginley.com;epellegrino@grossmcginley.com
          Mark   Kriegel    on behalf of Debtor James   Atkins mkriegel@kriegellaw.com
          Mark   Kriegel    on behalf of Joint Debtor Sherry Lynn Atkins mkriegel@kriegellaw.com
                                                                                              TOTAL: 7
```