UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
James Atkins &  
Sherry Lynn Atkins

Case No.: 17-14179  
Chapter: 7  
Judge: MBK

## NOTICE OF PROPOSED ABANDONMENT

On 4/14/17, John M. McDonnell, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on May 15, 2017 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 8. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 335 Bunting Ave., Trenton, NJ 08611 - $170,000

Liens on property: $184,000

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: John M. McDonnell  
Address: 115 Maple Ave., Red Bank, NJ 07701  
Telephone No.: (732) 383-7233

rev.8/1/15

```
                             United States Bankruptcy Court
                                 District of New Jersey
In re:                                                                        Case No. 16-14179-MBK
James Atkins                                                                  Chapter 7
Sherry Lynn Atkins
         Debtors                        CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2                  Date Rcvd: Apr 19, 2017
                              Form ID: pdf905              Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 21, 2017.
db/jdb         +James Atkins,    Sherry Lynn Atkins,    335 Bunting Ave,    Trenton, NJ 08611-3205
cr              Santander Bank, N.A.,    Gross McGinley, LLP,    c/o Loren L Speziale,    33 South Seventh Street,
                 PO Box 4060,    Allentown, PA 18105-4060
516041900      +Best Buy,    PO Box 9001007,    Louisville, KY 40290-1007
516105132      +Brixmor GA Dover Park Plaza LLC,    c/o Dana S. Plon, Esquire,    Sirlin Lesser & Benson, P.C.,
                 123 South Broad Street, Suite 2100,    Philadelphia, PA 19109-1042
516041901      +Brixmor Property Group,    One Fayette St.,    Suite 150,    Conshohocken, PA 19428-2081
516041902       Capital One,    PO Box 71107,    Charlotte, NC 28272-1107
516041903       Chase,   PO Box 15153,    Wilmington, DE 19886-5153
516041904       Citi Cards,    PO Box 9001037,    Louisville, KY 40290-1037
516041907      +Edwin Lightig,    3527 Mt. Diablo Blvd.,    #310,    Lafayette, CA 94549-3815
516041908       Fulton Bank,    PO Box 790408,    Saint Louis, MO 63179-0408
516226011      +Krista Freitag,    Att: Allen Matkins Leck Gamble,    515 S Figueroa St 9th Fl,
                 Los Angeles, CA 90071-3301
516569126      +Krista Freitag,    At: Yale K Kim,    865 S Figueroa St,    St 2800,    Los Angeles, CA 90017-2543
516041910      +Margaret Grobner, Trustee,    Grobner Trust,    7114 W. Dove Court,    Milwaukee, WI 53223-2766
516041913      +Overstock,    PO Box 659707,    San Antonio, TX 78265-9707
516041916      +Santander Bank,    1130 Berkshire Blvd,    Floor 3,    Reading, PA 19610-1242
516156043       Santander Bank, N.A.,    c/o Loren L. Speziale, Esquire,    Gross, McGinley, LLP,
                 33 South 7th Street,    PO Box 4060,    Allentown, PA 18105-4060
516041917       Sears Card,    PO Box 78051,    Phoenix, AZ 85062-8051
516041919       TD Bank,    PO Box,   Lewiston, ME 04243
516282943       eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 19 2017 22:51:50       U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 19 2017 22:51:48      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516058404       E-mail/Text: ally@ebn.phinsolutions.com Apr 19 2017 22:50:55       Ally Capital,   PO Box 130424,
                 Roseville, MN 55113-0004
516041899      +E-mail/Text: ally@ebn.phinsolutions.com Apr 19 2017 22:50:55       Ally Financial,
                 200 Renaissance Center,    Detroit, MI 48243-1300
516276271      +E-mail/Text: bnc@bass-associates.com Apr 19 2017 22:50:55       Cavalry SPV I, LLC,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,    Tucson, AZ 85712-1083
516061156       E-mail/Text: mrdiscen@discover.com Apr 19 2017 22:50:56       Discover Bank,
                 Discover Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025
516041905       E-mail/Text: mrdiscen@discover.com Apr 19 2017 22:50:56       Discover Card,   PO Box 71084,
                 Charlotte, NC 28272-1084
516041906       E-mail/Text: dplbk@discover.com Apr 19 2017 22:52:12       Discover Personal Loans,   PO Box 6105,
                 Carol Stream, IL 60197-6105
516094954      +E-mail/Text: dplbk@discover.com Apr 19 2017 22:52:12       Discover Personal Loans,   POB 30954,
                 Salt Lake City, UT 84130-0954
516287264       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 19 2017 22:48:08
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516158938       E-mail/Text: camanagement@mtb.com Apr 19 2017 22:51:37       Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840
516041909       E-mail/Text: camanagement@mtb.com Apr 19 2017 22:51:37       M&T Bank,   1 Fountain Plaza,
                 Buffalo, NY 14203-1420
516288274       E-mail/PDF: cbp@onemainfinancial.com Apr 19 2017 22:48:03       ONEMAIN FINANCIAL GROUP,LLC,
                 PO BOX 70912,    CHARLOTTE, NC 28272-0912
516041911       E-mail/PDF: cbp@onemainfinancial.com Apr 19 2017 22:48:17       One Main Financial,
                 PO Box 183172,    Columbus, OH 43218-3172
516290129      +E-mail/PDF: cbp@onemainfinancial.com Apr 19 2017 22:48:16       OneMain Financial Group LLC,
                 605 Munn Rd,    Ft Mill, SC 29715-8421
516207201      +E-mail/PDF: cbp@onemainfinancial.com Apr 19 2017 22:48:31
                 OneMain Financial Group, LLC as servicer for Wells,    6801 Colwell Blvd,
                 Mail Stop: NTSB: 1310,    IRVING, TX 75039-3198
516296755       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2017 23:10:45
                 Portfolio Recovery Associates, LLC,    c/o Best Buy,    POB 41067,    Norfolk VA 23541
516296757       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2017 23:10:42
                 Portfolio Recovery Associates, LLC,    c/o Elan Fulton Bank,    POB 41067,    Norfolk VA 23541
516296750       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2017 22:53:49
                 Portfolio Recovery Associates, LLC,    c/o Sears Premier Card,    POB 41067,    Norfolk VA 23541
516041914      +E-mail/Text: ed@gsladvisory.com Apr 19 2017 22:52:29       Pension Income, LLC,   7777 Center Ave,
                 Suite 375,    Huntington Beach, CA 92647-9134
516118659       E-mail/Text: bnc-quantum@quantum3group.com Apr 19 2017 22:51:41
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
516162969       E-mail/PDF: cbp@onemainfinancial.com Apr 19 2017 22:48:32       SPRINGLEAF FINANCIAL SERVICES,
                 P.O. BOX 3251,    EVANSVILLE, IN 47731-3251
```

```
District/off: 0312-3           User: admin              Page 2 of 2                 Date Rcvd: Apr 19, 2017
                               Form ID: pdf905          Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516041918        E-mail/PDF: cbp@onemainfinancial.com Apr 19 2017 22:48:16     Springleaf Financial,
                 601 NW 2nd St.,    Evansville, IN 47708
516158202       +E-mail/Text: n.miller@santander.us Apr 19 2017 22:52:46     Santander Bank,    601 Penn St,
                 Reading, PA 19601-3544
                                                                                             TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Brixmor GA Dover Park Plaza LLC,    c/o Dana S. Plon, Esquire,    Sirlin Lesser & Benson, P.C.,
                 123 South Broad Street, Suite 2100,    Philadelphia, PA 19109-1042
516041912*      One Main Financial,    PO Box 183172,    Columbus, OH 43218-3172
516041915*     +Pension Income, LLC,    7777 Center Ave,    Suite 375,    Huntington Beach, CA 92647-9134
516395032*     +Santander Bank,    601 Penn St,    Reading, PA 19601-3544
                                                                                  TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2017 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Dana S. Plon    on behalf of Creditor    Brixmor GA Dover Park Plaza LLC dplon@sirlinlaw.com
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John Michael McDonnell     jmcdonnell@mchfirm.com,    jcohen@mchfirm.com;NJ95@ecfcbis.com
              Loren L. Speziale    on behalf of Creditor    Santander Bank, N.A. lspeziale@grossmcginley.com,
               jkacsur@grossmcginley.com;epellegrino@grossmcginley.com
              Mark   Kriegel    on behalf of Debtor James   Atkins mkriegel@kriegellaw.com
              Mark   Kriegel    on behalf of Joint Debtor Sherry Lynn Atkins mkriegel@kriegellaw.com
                                                                                             TOTAL: 7
```