Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–14179–MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James Atkins | Sherry Lynn Atkins |
| 335 Bunting Ave | 335 Bunting Ave |
| Trenton, NJ 08611 | Trenton, NJ 08611 |

Social Security No.:
  xxx–xx–5724                             xxx–xx–3186

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that John Michael McDonnell is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: June 8, 2017                    Michael B. Kaplan
                                       Judge, United States Bankruptcy Court